Arlene Blitenthal, Plaintiff-Appellant, *v.* Faye Dressler, Defendant-Appellee.

(No. 56425;

First District (1st Division)—December 28, 1973.

*Rehearing denied April 23, 1974.*

752

Opinion by Mr. PRESIDING JUSTICE BURKE.

Shapiro, Kreisman & Epstein, of Chicago (David S. Kreisman, of counsel), for appellant.

Hinshaw, Culbertson, Moelmann, Hoban & Fuller, of Chicago (D. Kendall Griffith, Dennis J. Horan, and James M. Gillespie, of counsel), for appellee.